

# NUMBER 13-15-00322-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**JACK STORM,**                                                                    **Appellant,**

**v.**

**RONNIE KING,**                                                                   **Appellee.**

## On appeal from the County Court at Law No. 3
## of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Jack Storm, appeals a final judgment rendered against him following a jury verdict in cause number 2012CCV-60514-3 in the County Court at Law Number Three of Nueces County, Texas. Appellant has now filed an unopposed motion to dismiss this appeal on grounds that the parties have settled and compromised the dispute

at issue in the underlying suit and this appeal. Appellant thus requests that we dismiss this appeal with all costs to be assessed to the party incurring same.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, the appeal is DISMISSED. Costs will be taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Pending motions, if any, are likewise DISMISSED.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
3rd day of September, 2015.

2